liter, 100 Va. 631, 42 S. E. 671, it is held, that "property used in such business" is liable for the payment of the trader's debts, notwithstanding a bill of sale thereof may be recorded.

No construction of it that I can find directly clothes it with the power to prevent a trader from incumbering his stock to secure a debt, which power to secure is provided for by other statutes which have been universally recognized by the courts. While it is well settled that a conveyance of property by formal deed in trust carries with it title, and leaves only the equity of redemption in the grantor, yet a clear distinction must be drawn between such a conveyance of title for the sole purpose of securing debts and those made by absolute deed or bill of sale carrying the absolute property right. To the latter this chapter 100, § 13, may apply in many cases, although exceptions may be conceived; but, in my judgment, it cannot be made applicable to the former.

The ruling of the referee in this matter must be affirmed.

# MEMORANDUM DECISIONS.

BALEY, U. S. Marshal, v. WOOLLEY et al. (Circuit Court of Appeals, Fourth Circuit. December 10, 1910.) No. 979. Appeal from the Circuit Court of the United States for the Western District of North Carolina, at Asheville. L. M. Bourne (Bourne, Parker & Morrison and Theo. F. Davidson, on the brief), for appellant. H. G. Ewart, for appellees. Before GOFF, Circuit Judge, and McDOWELL and ROSE, District Judges.

PER CURIAM. The record shows no error. The judgment of the court below (180 Fed. 573) is affirmed.

THE BEE. (Circuit Court of Appeals, Second Circuit. January 9, 1911.) No. 108. Appeal from the District Court of the United States for the Southern District of New York. Alexander & Ash (Peter Alexander, of counsel), for appellant. Harrington, Perkins & Englar (H. S. Harrington, of counsel), for appellee. Before LACOMBE, COXE, and NOYES, Circuit Judges.

PER CURIAM. Decree affirmed, with interest and costs, on opinion of Judge Adams (173 Fed. 925).

BERWIND–WHITE COAL MINING CO. v. CUNARD S. S. CO., Limited, et al. COXE BROS. & CO., Inc., v. SAME. M. P. SMITH & SONS CO. v. SAME. (Circuit Court of Appeals, Second Circuit. January 9, 1911.) Nos. 100–102. Appeal from the District Court of the United States for the Southern District of New York. L. H. Beers, for appellant. G. P. Nicholson, Herbert Green, W. U. Taylor, and W. S. Montgomery, for appellees. Before LACOMBE, WARD, and NOYES, Circuit Judges.

PER CURIAM. Decrees (174 Fed. 166) affirmed, with interest and costs.

EMPIRE CASUALTY CO. OF WEST VIRGINIA v. STEVENS et al. (Circuit Court of Appeals, Fourth Circuit. January 26, 1911.) No. 1,005. Appeal